The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO RODRIGUEZ PEREZ,<br><br>Defendant. | No. CR13-05597 BHS<br><br>ORDER GRANTING MOTION TO SEAL |

THIS MATTER comes before the Court upon the defendant's motion to seal an exhibit to his sentencing memorandum in this matter, which exhibit consists of tax returns that contain significant amounts of confidential information ("Sealed Exhibit 1"). Having considered the entirety of the records and file herein, the Court hereby grants this motion. It is ORDERED that ("Sealed Exhibit 1") shall remain under seal.

DATED THIS  9  day of  June , 2014.

_____
The Honorable Benjamin H. Settle
United States District Court Judge

Presented by:

LAW OFFICE OF CHRISTOPHER BLACK, PLLC

s/ Christopher Black
Christopher Black
Attorney for Francisco Rodriguez Perez

ORDER GRANTING MOTION TO SEAL
(*Francisco Rodriguez Perez*; No. CR13-05597 BHS) - 1

LAW OFFICE OF CHRISTOPHER BLACK, PLLC
1111 Hoge Building, 705 Second Avenue
Seattle, WA 98104
206.623.1604 | Fax: 206.658.2401