The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO RODRIGUEZ-PEREZ,<br><br>Defendant,<br><br><br>MONICA VERA LOPEZ,<br><br>Third Party Claimant/Petitioner. | No. CR13-5597BHS<br><br>**ORDER GRANTING JOINT MOTION TO CONDUCT DISCOVERY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 32.2** |

This matter having come before the Court on the Motion of the United States and Petitioner Monica Vera Lopez, requesting this Court for authorization to conduct discovery, and to set an ancillary hearing date, and the Court having considered the representations of counsel and the files and records herein, it is hereby

ORDERED that, pursuant to Rule 32.2, Federal Rules of Criminal Procedure, and Title 21, United States Code, Section 853(m), the United States and the petitioner may conduct discovery, pursuant to the Federal Rules of Civil Procedure. Discovery will be completed by January 30, 2014.

Order to Conduct Discovery - 1
*U.S. v. Francisco Rodriguez-Perez,* (Case No. CR13-5597BHS)

Case 3:13-cr-05597-BHS   Document 219   Filed 10/29/14   Page 2 of 2

1    IT IS FURTHER ORDERED that an ancillary hearing will be set for the 23rd day
2 of February, 2015 at 1:30 p.m., to litigate the petition of Monica Vera Lopez.

3    DATED this 29th day of October, 2014.

4
5
6
7
                _____
8                BENJAMIN H. SETTLE
                United States District Judge
9
10
11 Presented by:
12
  _s/Matthew H. Thomas_____
13 MATTHEW H. THOMAS
  Assistant United States Attorney
14 United States Attorney's Office
  1201 Pacific Avenue, Suite 700
15 Tacoma, Washington 98402
  Telephone:   253-428-3809
16 Fax No.:      253-383-7974
  E-Mail:        Matthew.H.Thomas@usdoj.gov
17

18
  _s/Aimée Sutton_____
19 AIMEE SUTTON
  The Marshall Defense Firm
20 1001 Fourth Ave., 44th Floor
  Seattle, WA 98154
21 Office:  (206) 826-1400
  Fax:    (206) 826-1462
22 E-Mail: aimee@marshalldefense.com

23
24
25
26
27
28

Order to Conduct Discovery - 2
*U.S. v. Francisco Rodriguez-Perez,* (Case No. CR13-5597BHS)

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800