The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>FRANCISCO RODRIGUEZ-PEREZ,<br><br>    Defendant,<br><br><br>MONICA VERA LOPEZ,<br><br>    Third Party<br>    Claimant/Petitioner. | NO. CR13-5597BHS<br><br>**STIPULATED SETTLEMENT AGREEMENT** |

  The United States of America, by and through Annette L. Hayes, Acting United States Attorney for the Western District of Washington, and Matthew H. Thomas, Assistant United States Attorney for said District, and Petitioner Monica Vera Lopez, by and through Aimee Sutton, stipulate to a settlement of their claims to the following property:

  1. $9,019.97 in U.S. currency, more or less, seized from the residence of FRANCISCO RODRIGUEZ-PEREZ, on or about October 29, 2013.

(sometimes hereinafter referred to as "the subject currency".)

STIPULATED SETTLEMENT AGREEMENT - 1
*U.S. v. Franscico Rodriguez-Perez* (CR13-5597BHS)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   On June 9, 2014, this Court entered a Preliminary Order of Forfeiture identifying the subject currency as property forfeited to the United States as a consequence of the guilty plea of Francisco Rodriguez-Perez to the offense of Distribution of Heroin, as charged in Count 8 of the Superseding Indictment, a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846. *See* Docket No. 181.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice on an official internet government forfeiture website, www.forfeiture.gov, starting on June 10, 2014 and running consecutively for thirty days until its conclusion on July 11, 2014. In the publication, the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the property in accordance with law. This notice further stated that any person other than the defendant having or claiming an interest in the property was required to file a petition with the Court within sixty (60) days of the first date of publication of the notice, setting forth the nature of the petitioner's right, title, and interest in the property. *See* Docket No. 220.

On July 24, 2014, Third Party Petitioner Monica Vera Lopez, hereinafter "Petitioner," filed a Petition claiming an interest in the subject currency. *See* Docket No 200.

All persons and entities believed to have an interest in the subject currency were given proper notice of the intended forfeiture.

This stipulated settlement is entered into between the parties pursuant to the following terms:

1.  The parties acknowledge that this Agreement is made as a compromise and is not, and cannot be construed as, or asserted by any party or other person or entity to be, an admission of liability or a concession of superior right, title, or interest in the subject currency.

2.  Plaintiff United States stipulates and agrees to the return $3,840.00 of the subject currency to Petitioner.

STIPULATED SETTLEMENT AGREEMENT - 2
*U.S. v. Franscico Rodriguez-Perez* (CR13-5597BHS)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

3. Petitioner agrees that the return of $3,840.00 shall be in full settlement and satisfaction of any and all claims by the Petitioner to the above-described subject currency.

4. Petitioner hereby stipulates and agrees to withdraw any remaining claims to the remaining $5,179.97 in U.S. currency, more or less, seized from the residence of Francisco Rodriguez-Perez, on or about October 29, 2013.

5. Petitioner agrees to release and hold harmless the United States, the United States Department of Justice, the Drug Enforcement Administrative, and any and all agents, servants, and employees of the United States and its agencies, acting in their individual or official capacities, from any and all claims by Petitioner, and/or her representatives, agents, heirs, successors, and assigns, which currently exist or which may arise as a result of the forfeiture action against the subject currency.

6. Petitioner understands and agrees that by entering into this stipulated agreement of her interest in the subject currency, she waives any right to further litigate her interest in the subject currency and to petition for remission or mitigation of the forfeiture. Thereafter, unless specifically directed by an order of the Court, Petitioner shall be excused and relieved from further participation in this action.

7. Each party agrees to bear their own costs and attorney's fees in this forfeiture case and ancillary proceeding.

8. Petitioner acknowledges that the Debt Collection Improvement Act of 1996, as codified at 31 U.S.C. § 3716 and administered through the Treasury Offset Program ("TOP), requires the United States Treasury to offset federal payments to collect certain delinquent debts owed by a payee to the United States, a United States agency, or a state. Accordingly, the Petitioner acknowledges that the amount to be returned to the

//
//
//

STIPULATED SETTLEMENT AGREEMENT - 3
U.S. v. Franscico Rodriguez-Perez (CR13-5597BHS)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Petitioner under this Agreement may be reduced by the amount of any such delinquent debt that the United States Treasury is required to collect through TOP.

Respectfully Submitted:

DATED: February 19 2015

s/Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402-4383
Telephone: (253) 428-3800
Fax: (253) 428-3826
E-Mail: Matthew.H.Thomas@usdoj.gov

DATED: 2/19/2015

AIMEE SUTTON
The Marshall Defense Firm
1001 Fourth Ave., 44th Floor
Seattle, WA 98154
Office: (206) 826-1400
Fax: (206) 826-1462
E-Mail: aimee@marshalldefense.com

DATED: 2/19/15

MONICA VERA LOPEZ
Petitioner

STIPULATED SETTLEMENT AGREEMENT - 4
U.S. v. Franscico Rodriguez-Perez (CR13-5597BHS)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## ORDER

Based upon the foregoing stipulation of the parties, this Stipulated Settlement Agreement is hereby APPROVED.

DATED this __20__ day of __February__, 2015.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

STIPULATED SETTLEMENT AGREEMENT - 5
U.S. v. Franscico Rodriguez-Perez (CR13-5597BHS)

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800